Samuel K. JACKSON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 542, 2015

Supreme Court of Delaware.

Submitted: February 9, 2016

Decided: April 4, 2016

AFFIRMED.

Dallas H. DRUMMOND, Jr., Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 99, 2016

Supreme Court of Delaware.

Submitted: March 29, 2016

Decided: April 4, 2016

DISMISSED.

Elizabeth SNYDER and Save Our
Delaware Byways, Inc., Plaintiff
in Error Below-Appellant,

v.

NEW CASTLE COUNTY, New Castle
County Board of Adjustment, New
Castle County Department of Land
Use, and Mary K. Carpenter Trust,
Defendant in Error Below-Appellees.

No. 519, 2015

Supreme Court of Delaware.

Submitted: March 9, 2016

Decided: April 5, 2016

AFFIRMED.